COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Cause No   01-12-00587-CV; *Robert Krolczyk v. Hunter's Ridge Maint. Ass'n & Mid-Continent Casualty Co.*

Appeal from *Robert Krolczyk v. Hunter's Ridge Maint. Ass'n, Inc.,* Cause No. 06-06-18336, in the 155th District Court of Waller County, Texas.

On February 4, 2013, appellant/cross-appellee Mid-Continent Casualty Company filed an unopposed motion to reset oral argument.  The motion to reset oral argument is **granted**.  Oral argument will be held on **Wednesday, March 27, 2013**.  An amended submission notice will be sent to the parties.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                    Acting individually

Date: February 7, 2013